UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEWSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ FINANCIAL SERVICES,<br><br>　　　　Defendant. | No.  2:24-cv-0279 DJC SCR PS<br><br><br>ORDER |

　　　　Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On December 12, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 6.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 7.  Plaintiff has also filed "amended" objections, ECF No. 8.  While they were filed after the deadline for objections had passed, in the interests of justice the Court has considered them as well.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2024 (ECF No. 6), are adopted in full; and

2. The Complaint (ECF No. 1) is DISMISSED with prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 27, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE